COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS



| | § | |
|---|---|---|
| CLEAR CHANNEL OUTDOOR, INC., | | No. 08-14-00287-CV |
| | § | |
| Appellant, | | Appeal from |
| | § | |
| v. | | County Court at Law No. 6 |
| | § | |
| TK REAL ESTATE L.L.C., | | of El Paso County, Texas |
| | § | |
| Appellee. | | (TC # 2014-CCV01128) |
| | § | |

## MEMORANDUM OPINION

Pending before the Court is a joint motion filed by Appellant, Clear Channel Outdoor, Inc., and Appellee, TK Real Estate, L.L.C., to dismiss the appeal pursuant to TEX.R.APP.P. 42.1(a)(2) because the dispute between the parties has been resolved. We grant the motion and dismiss the appeal. Pursuant to the agreement of the parties, the deposit of $7,500 made pursuant to the Rule 11 Agreement executed by the parties on October 13, 2014 shall be returned to Appellant, Clear Channel Outdoor, Inc. by the El Paso County Clerk. Costs of the appeal are taxed against the party incurring same. *See* TEX.R.APP.P. 42.1(d).

March 19, 2015

ANN CRAWFORD McCLURE, Chief Justice

Before McClure, C.J., Rodriguez, and Hughes, JJ.
(Hughes, J., not participating)